```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:08-cr-484 MCE
                                 )
12           Plaintiff,          )  STIPULATION AND ORDER EXTENDING
                                 )  DEFENDANT'S DEADLINE TO REPORT
13  v.                           )  TO BUREAU OF PRISONS TO BEGIN
                                 )  SERVING PRISON SENTENCE
14  THOMAS ALLAN BOUFFARD,       )
                                 )
15           Defendant.          )
                                 )
16
17                          Introduction
18       On October 29, 2009, Defendant Thomas Allan Bouffard was
19  sentenced to serve a term of imprisonment of 5 months, among other
20  terms.  The defendant was initially ordered to report to the Bureau
21  of Prisons on May 21, 2010, extended by stipulation and order to
22  June 21, 2010, to September 21, 2010, to January 21, 2011, to May
23  21, 2011, to August 22, 2011, and again to October 21, 2011.
24       Mr. Bouffard has again contacted the prosecutor and explained
25  that he continues to recover from spinal surgery he underwent in
26  April 2010 and needs to continue to work with his Kaiser Permanente
27  Neurosurgeon, his primary care physician, and other specialty
28  providers between October and approximately January 20, 2012.
                                  1
```

He has supplied verification in the form of a letter from his neurosurgeon on October 21, 2011, which is dated October 17, 2011, and is attached hereto as Exhibit 1, which indicates the defendant continues to complain of significant neck pain as well as lower thoracic pain following his anterior cervical diskectomy and fusion at C4-5 and C5-6 with spinal cord decompression on April 22, 2010. The letter also indicates Mr. Bouffard has recently undergone an MRI, but he still needs to meet with his doctors and his acupuncturist to try to get his pain under control.

    Ms. Spangler is willing to allow Mr. Bouffard an extension of his deadline to report to the Bureau of Prisons until January 20, 2012. As that deadline approaches, Mr. Bouffard should have a clearer picture of his prognosis. If he needs additional time for his recovery or meeting with his doctors, he may contact Ms. Spangler again. However, Ms. Spangler anticipates that if he is able to undergo epidural spinal injections, he should be able to meet the new deadline. Ms. Spangler has made sure that Mr. Bouffard understands that he will eventually have to serve his prison sentence, but he wishes to get his pain under better control before he does so.

///
///
///
///
///
///
///
///

<u>Stipulation</u>

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to January 20, 2012, by 2:00 p.m. If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Date: October 21, 2011  BENJAMIN B. WAGNER
United States Attorney

by: /s/ Samantha S. Spangler
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

Date: October 21, 2011  /s/ Thomas Allan Bouffard
THOMAS ALLAN BOUFFARD
Defendant

<u>Order</u>

Good cause appearing therefor, the same is hereby ordered.

Dated: October 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

```
BENJAMIN B. WAGNER
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-484 MCE |
| Plaintiff, | CERTIFICATE OF SERVICE BY MAIL |
| v. | |
| THOMAS ALLAN BOUFFARD, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

on <u>October 21, 2011</u>, she served a copy of the attached:

**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE**

by placing said copy in an envelope addressed to the person hereinafter named, at the address stated below, which is the last known address of said person and by placing it in the United States mail.

Thomas Allan Bouffard
518 Spring Lane
Vacaville, CA  95688

Date: October <u>21</u>, 2011

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                       By:   /s/ Samantha S. Spangler
                                                Samantha S. Spangler
                                                Assistant U.S. Attorney