```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Case No.  2:08-cr-00484-MCE
                                 )
12         Plaintiff,            )   STIPULATION AND ORDER EXTENDING
                                 )   DEFENDANT'S DEADLINE TO REPORT
13  v.                           )   TO BUREAU OF PRISONS TO BEGIN
                                 )   SERVING PRISON SENTENCE
14  THOMAS ALLAN BOUFFARD,       )
                                 )
15         Defendant.            )
                                 )
16

17

18

19                           Introduction

20

21      On October 29, 2009, Defendant Thomas Allan Bouffard was

22  sentenced to serve a term of imprisonment of 5 months, among other

23  terms.  The defendant was initially ordered to report to the Bureau

24  of Prisons on May 21, 2010, extended by stipulation and order to

25  June 21, 2010, to September 21, 2010, to January 21, 2011, to May

26  21, 2011, to August 22, 2011, to October 21, 2011, and again to

27  January 20, 2012.

28  ///

                                  1
```

1    Mr. Bouffard has again contacted the prosecutor and explained
2 that he continues to recover from spinal surgery he underwent in
3 April 2010 and needs to continue to work with his Kaiser Permanente
4 Neurosurgeon, his primary care physician, and other specialty
5 providers between January 2012 and approximately April 20, 2012.  He
6 has stated that he continues to experience significant pain in his
7 lumbar spinal region as well as his cervical spine following his
8 anterior cervical diskectomy and fusion at C4-5 and C5-6 with spinal
9 cord decompression on April 22, 2010.  Mr. Bouffard has discussed
10 the results of his recent MRI with his doctors and his acupuncturist
11 to try to get his pain under control.  Although he has undergone an
12 epidural spinal injection, it did not prove successful at managing
13 his pain; he has scheduled a second injection in about two weeks.
14    Ms. Spangler is willing to allow Mr. Bouffard an extension of
15 his deadline to report to the Bureau of Prisons until April 20,
16 2012.  As that deadline approaches, Mr. Bouffard should have a
17 clearer picture of his prognosis.  If he needs additional time for
18 his recovery or meeting with his doctors, he may contact Ms.
19 Spangler again.  However, Ms. Spangler anticipates that if he is
20 able to undergo an epidural spinal injection, together with other
21 medication he has discussed with Ms. Spangler, he should be able to
22 meet the new deadline.  Ms. Spangler has made sure that Mr. Bouffard
23 understands that he will eventually have to serve his prison
24 sentence; however, he wishes to get his pain under better control
25 before he does so.  Ms. Spangler has also informed Mr. Bouffard that
26 the Bureau of Prisons has medical facilities, a fact of which he
27 genuinely seems to have been previously unaware.
28 ///

| | |
|---|---|
| 1 | <u>Stipulation</u> |
| 2 | The parties hereby stipulate that the deadline for Mr. Bouffard |
| 3 | to report to the Bureau of Prisons to begin serving his five-month |
| 4 | term of incarceration may be extended to April 20, 2012, by 2:00 |
| 5 | p.m. If a place of incarceration has not been designated by that |
| 6 | deadline, Mr. Bouffard must report to the United States Marshal's |
| 7 | Office within the Federal Courthouse, located on the Fifth floor of |
| 8 | the Courthouse at 501 I Street, Sacramento, California. |
| 9 | Dated: January 9, 2012     BENJAMIN B. WAGNER United States Attorney |
| 11-13 | by: /s/ Samantha S. Spangler SAMANTHA S. SPANGLER Assistant U.S. Attorney |
| 15 | Dated: January <u>5</u>, 2012   /s/ Thomas Allan Bouffard THOMAS ALLAN BOUFFARD Defendant |
| 17 | <u>Order</u> |
| 18 | Good cause appearing therefor, the same is hereby ordered. |
| 19 | Dated: February 8, 2012 |
| 21-22 | _____ MORRISON C. ENGLAND, JR. UNITED STATES DISTRICT JUDGE |

3