```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-484 MCE |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |
| v. | |
| THOMAS ALLAN BOUFFARD, | |
| Defendant. | |

## Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms. The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, to January 21, 2011, to May 21, 2011, to August 22, 2011, to October 21, 2011, to January 20, 2012, and again to April 20, 2012.

///
///
///
///

1

1      Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to continue to work with his Kaiser Permanente Neurosurgeon, his primary care physician, and other specialty providers between August 20, 2012, and roughly January 18, 2013.  He has supplied verification in the form of two letters from his neurosurgeon and his urologist on August 7, 2012, which are dated August 1, 2012, and are attached hereto as Exhibits 1 and 2, which indicates the defendant continues to complain of significant neck pain as well as lower thoracic pain following his anterior cervical diskectomy and fusion at C4-5 and C5-6 with spinal cord decompression on April 22, 2010.  The letter from his urologist also indicates Mr. Bouffard has recently begun taking medication for his bladder function, but he still needs to meet with his doctors to try to get his pain and bladder under control.

    Ms. Spangler is willing to allow Mr. Bouffard an extension of his deadline to report to the Bureau of Prisons until January 18, 2013.  However, because it has been so long since he was sentenced, we are scheduling the matter on an upcoming calendar so the Court can hear directly from Mr. Bouffard.  Ms. Spangler anticipates that if he is able to undergo another epidural spinal injection, together with the anticipated surgery on his bladdar, he should be able to meet the new deadline.  Ms. Spangler has made sure that Mr. Bouffard understands that he will eventually have to serve his prison sentence, but he wishes to get his pain and his bladder under better control before he does so.  He also does not wish to lose kidney function and go onto dialysis.

///

<u>Stipulation</u>

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to January 18, 2013, by 2:00 p.m. If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Date: August 9, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                         by:  /s/ Samantha S. Spangler
                              SAMANTHA S. SPANGLER
                              Assistant U.S. Attorney


Date: April ___, 2012         /s/ Thomas Allan Bouffard
                              THOMAS ALLAN BOUFFARD
                              Defendant


**ORDER**

Good cause appearing therefor, the same is hereby ordered.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE